**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Fanslau | Social Security number or ITIN  xxx–xx–8105 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carly Fanslau | Social Security number or ITIN  xxx–xx–3371 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–15741–CMG | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Fanslau                                            Carly Fanslau
                                                         fka Carly Turley

12/27/21                                                 **By the court:** Christine M. Gravelle
                                                                          United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-15741-CMG

David Fanslau  Chapter 13

Carly Fanslau

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4

Date Rcvd: Dec 27, 2021      Form ID: 3180W      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David Fanslau, Carly Fanslau, 8 Ray Dr, Toms River, NJ 08753-7620 |
| cr | + | Grassy Sprain Group, Inc., 9858 Clint Moore Rd., Ste. C-11 #217, Boco Raton, FL 33496-1034 |
| 516806142 | | Discover Student Loans, POB 6107, Carol Stream, IL 60197-6107 |
| 516719557 | | Fed Loan Sevicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 516719558 | | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516880492 | | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| 516994107 | + | Grassy Sprain Group, Inc., 9858 Clint Moore Rd., Ste. C-11, #217, Boca Raton, FL 33496-1034 |
| 516719561 | + | M&T Ban, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 516719562 | ++ | NATIONWIDE INSURANCE, SERVICE OF PROCESS TEAM, THREE NATIONWIDE PLAZA, MAIL CODE 3-11-310, COLUMBUS OH 43215-2410 address filed with court:, Nationwide Bank, 1 Nationwide Plz, Columbus, OH 43215-2226 |
| 516884297 | + | Nationwide, POB 23356, Pittsburgh, PA 15222-6356 |
| 516774009 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516997753 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516754499 | | EDI: GMACFS.COM | Dec 28 2021 02:58:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 516719543 | | EDI: GMACFS.COM | Dec 28 2021 02:58:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 516719545 | | EDI: BANKAMER.COM | Dec 28 2021 02:58:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 516719544 | | EDI: BANKAMER.COM | Dec 28 2021 02:58:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 516719547 | | EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516719548 | | EDI: CITICORP.COM | Dec 28 2021 02:58:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 516719549 | | EDI: WFNNB.COM | Dec 28 2021 02:58:00 | Comenity Bank, 220 W Schrock Rd, Westerville, OH 43081-2873 |

Case 17-15741-CMG   Doc 47   Filed 12/29/21   Entered 12/30/21 00:11:24   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 3180W | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 516719550 | | EDI: WFNNB.COM | Dec 28 2021 02:58:00 | Comenity Bank/New York & Co, PO Box 182125, Columbus, OH 43218-2125 |
| 516890238 | + | EDI: WFNNB.COM | Dec 28 2021 02:58:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516719554 | | EDI: DISCOVER.COM | Dec 28 2021 02:58:00 | Discover, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 516719555 | | EDI: DISCOVER.COM | Dec 28 2021 02:58:00 | Discover Financial, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 516719551 | | Email/Text: electronicbkydocs@nelnet.net | Dec 27 2021 21:57:00 | Dept of Ed/582/Nelnet, Attn: Claims/Bankruptcy, PO Box 82505, Lincoln, NE 68501-2505 |
| 516719552 | | Email/Text: electronicbkydocs@nelnet.net | Dec 27 2021 21:57:00 | Dept. of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516719556 | | EDI: DISCOVER.COM | Dec 28 2021 02:58:00 | Discover Financial Services, PO Box 3025, New Albany, OH 43054-3025 |
| 516806004 | + | EDI: DISCOVERSL.COM | Dec 28 2021 02:58:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 516719546 | | EDI: JPMORGANCHASE | Dec 28 2021 02:58:00 | Chase Card, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850-5298 |
| 516908648 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2021 22:06:34 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516817313 | | Email/Text: camanagement@mtb.com | Dec 27 2021 21:57:00 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516719560 | | Email/Text: camanagement@mtb.com | Dec 27 2021 21:57:00 | M & T Bank, PO Box 844, Buffalo, NY 14240-0844 |
| 516977485 | + | EDI: MID8.COM | Dec 28 2021 02:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517920115 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2021 22:06:41 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517920116 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2021 22:06:33 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368, Merrick Bank, c/o Resurgent Capital Services 29603-0368 |
| 516719563 | | EDI: RMSC.COM | Dec 28 2021 02:58:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516871129 | | EDI: Q3G.COM | Dec 28 2021 02:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518137323 | + | Email/Text: bncmail@w-legal.com | Dec 27 2021 21:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518137322 | + | Email/Text: bncmail@w-legal.com | Dec 27 2021 21:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516719565 | | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 516719564 | | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 516723359 | + | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516719566 | | EDI: RMSC.COM | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 3180W | Total Noticed: 47 |

| | | | Dec 28 2021 02:58:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 516719567 | | EDI: RMSC.COM | Dec 28 2021 02:58:00 | Synchrony Bank/Pc Richard, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516719568 | | EDI: TFSR.COM | Dec 28 2021 02:58:00 | Toyota Motor Credit Co, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 516748712 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 27 2021 21:57:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516719553 | * | Dept. of Education, 121 S 13th St, Lincoln, NE 68508-1904 |
| 516994108 | *+ | Grassy Sprain Group, Inc., 9858 Clint Moore Rd., Ste. C-11 #217, Boca Raton, FL 33496-1034 |
| 516719559 | ## | Loan Depot, PO Box 503430, San Diego, CA 92150-3430 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Lakeview Loan Servicing LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor David Fanslau ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Joint Debtor Carly Fanslau ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillma |

n@ecf.courtdrive.com

Phillip Andrew Raymond
   on behalf of Creditor Lakeview Loan Servicing LLC phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
   on behalf of Creditor Lakeview Loan Servicing LLC rsolarz@kmllawgroup.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10